IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:12-cv-02137-JRT-TNL

| | |
|---|---|
| JAMES MAYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PLAINTIFF'S MOTION FOR |
| ) | DEFAULT JUDGMENT |
| LIGHTHOUSE RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| Defendant. ) | |

NOW COMES Plaintiff, JAMES MAYER ("Plaintiff"), by and through his attorneys, and hereby applies for a default judgment against Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC ("Defendant"). The Clerk of the Court has entered an order on Plaintiff's Application at [Doc. 8], leaving this Honorable Court to grant Plaintiff's Motion.

Plaintiff seeks default against Defendant in the amount of four thousand four hundred and twenty one dollars ($4,421.00), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), three thousand sixteen dollars ($3,016.00) in attorneys' fees plus four hundred and five dollars ($405.00) in costs, 15 U.S.C. § 1692(k)(a)(3). *See* Costs attached as Exhibit 11, Statement of Services attached as Exhibit 12, Declaration of Lee Cassie Yates Clagett attached as Exhibit 13 and Declaration of Adam Hill attached as Exhibit 14.

Dated: January 17, 2013	Respectfully Submitted,

By: s/ Lee Cassie Yates Clagett
Lee Cassie Yates Clagett - # 352688
2413 Ring Road Suite 117
Elizabethtown, Kentucky 42701
Tel:  (270) 737-9088
Fax: (270) 769-2905
Email: lcclagett@ksclawfirm.com
***Attorney for Plaintiff***