UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMES MAYER, | Civil No. 12-2137 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| LIGHTHOUSE RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

---

Lee Cassie Yates Clagett, **KERRICK STIVERS COYLE, PLC**, 2413 Ring Road, Suite 117, Elizabethtown, KY 42701, for plaintiff.

Upon consideration of the foregoing Motion for Default Judgment [Docket No. 9] and supporting memorandum filed by Plaintiff, JAMES MAYER, and upon good cause shown;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be, and is, hereby entered in favor of Plaintiff, JAMES MAYER, and against Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC for the sum of $4,421.00, itemized as follows: $1,000.00 in statutory damages to Plaintiff, $3,016.00 in attorneys' fees, and $405.00 in filing and service fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 26, 2013
at Minneapolis, Minnesota

                                          s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                      United States District Judge