✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

James Mayer,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  12-2137 JRT/TNL

Lighthouse Recovery Associates, LLC,

       Defendant,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment be, and is, hereby entered in favor of Plaintiff, JAMES MAYER, and against Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC for the sum of $4,421.00, itemized as follows: $1,000.00 in statutory damages to Plaintiff, **$3,016.00 in attorneys' fees**, and $405.00 in filing and service fees.

|  |  |
|---|---|
| February 26, 2013 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/ J. Midtbo |
|  | (By)       J. Midtbo    Deputy Clerk |

C:\Documents and Settings\midtbo\Desktop\Blank Judgment Form.wpd

Form Modified:  09/16/04